James C. KING, Petitioner,

v.

DEPARTMENT OF THE TREASURY, Respondent.

No. 04–3014.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Rehearing En Banc Denied July 21, 2004.

Before LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.